Cite as 2019 Ark. 262

# SUPREME COURT OF ARKANSAS

IN RE AMENDMENT TO RULE 4(F) OF THE RULES OF THE CLIENT SECURITY FUND COMMITTEE

**Opinion Delivered:** October 3, 2019

**PER CURIAM**

We hereby amend Rule 4(F) of the Rules of the Client Security Fund Committee to increase the amount payable on a claim. The rule is amended to provide as follows:

No claim shall be allowed for an amount in excess of $100,000.

All other provisions of Rule 4(F) remain unchanged. This amendment is effective immediately.